UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>S. TALLERICO, et. al,<br><br>    Defendants. | Case No.: 1:13-cv-00507 JLT (PC)<br><br>ORDER DEEMING NOTICE OF REQUEST FOR ORIGINAL DOCUMENTS TO BE RETURNED AS A MOTION FOR RETURN OF ORIGINAL DOCUMENTS<br><br>ORDER DENYING MOTION FOR RETURN OF ORIGINAL DOCUMENTS<br><br>(Doc 2) |

    Plaintiff Dion Anderson ("Anderson") is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983 filed on April 8, 2013. (Doc 1). In his motion for return of original documents, Plaintiff requests that the Court return Plaintiff's original documents after scanning the documents into the Court's electronic filing system. (Doc. 2). Plaintiff refers the Court to his complaint (Doc 1) to illustrate why Plaintiff could not retain copies of his complaint.[1]

    The Court addressed Plaintiff's request for the return of his original documents in the First Informational Order, dated April 9, 2013. (Doc. 3). The Order states that "[t]he court cannot provide

---

[1] Plaintiff avers that the Kern Valley State Prison law librarian is not required to make copies of documents exceeding fifty pages. (Doc 1 at 4). Plaintiff's complaint is 66 pages. Seemingly, then, rather than reducing the size of this and other documents to meet the page limitation, Plaintiff presumed this Court would act as his copying service. He is mistaken. This Court's resources are exceedingly scarce and it cannot and will not act as the copy service for litigants.

1

copies or mailing service for a party, even for an indigent plaintiff." (Doc. 3 at 2, ¶ 3)(emphasis in original).  However, Plaintiff may obtain copies of his filings by writing Attorney Diversified Services at 741 N. Fulton Street, Fresno, California 93728. Id. at 2-3, ¶ 3.  Plaintiff does not present any exceptional circumstances that would cause the Court to modify the First Information Order. (Docs. 2, 3).

Accordingly, Plaintiff's motion for return of original documents is **DENIED.**

IT IS SO ORDERED.

Dated:   **April 12, 2013**               /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE