UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DION ANDERSON,<br><br>       Plaintiff,<br><br>   v.<br><br>S. TALLERICO, et al.,<br><br>       Defendant. | Case No.: 1:13-cv-00507 – LJO – JLT<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION TO RECONSIDER AS MOOT<br><br>(Doc. 21) |

    Plaintiff Dion Anderson ("Plaintiff") is a state prisoner proceeding *pro se* with a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff presently submits his Petition for Reconsideration pursuant to Fed. R. Civ. P. 72 and Local Rule 303(g).[1] Plaintiff avers that he received the Magistrate Judge's Findings and Recommendations on July 10, 2013. (Doc. 21 at 1). He contends that he timely submitted his Objections to the Magistrate Judge's Findings and Recommendations because he mailed the document on July 18, 2013. Id. at 2. He requests that the Court consider his prior Objections and reconsider its prior Order. Id.

    As a preliminary matter, the Court notes that the date of service is calculated from the date that the Clerk of the Court mailed the Findings and Recommendations to Plaintiff, not the date that the document is received by the Plaintiff. In this instance, the Clerk mailed the document to Plaintiff on July 1, 2013.

---

[1] Local Rule 303(g) provides that the District Judge "may also reconsider any matter at any time sua sponte." The Court previously reconsidered judgment in this matter in the Order dated July 31, 2013. (Doc. 20).

1

The Court notes that Plaintiff fails to raise any substantive arguments in his present motion that would permit the Court to revisit the July 31, 2013 Order.  On July 31, 2013, the Court accepted Plaintiff's Objections to the Magistrate Judge's Findings and Recommendations and construed his Objections as a "motion to reconsider the judgment." (Doc. 20 at 1).  At that time, the Court considered the substantive merits of Plaintiff's Objections. *See generally*, (Doc. 20).  Notably, Plaintiff argued that the Court should ignore United States Supreme Court precedent and apply California law. *See* (Doc. 19).  The Court unambiguously rejected this argument because the United States Supreme Court precedent is the ultimate law of the land. (Doc. 20).  Thus, the Court declines to reconsider the judgment a second time and the present motion is moot.

Accordingly, the Court **HEREBY ORDERS** that Plaintiff's August 1, 2013 second motion for reconsideration (Doc. 21) be **DENIED AS MOOT.**

IT IS SO ORDERED.

Dated:   **August 6, 2013**              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE